Matthew ROUNDS, Appellant,

v.

STATE of Missouri, Respondent.

WD 77079

Missouri Court of Appeals,
Western District.

FILED: July 14, 2015

S. Kate Webber, Kansas City for appellant.

Shaun Mackelprang, Jefferson City, MO for respondent.

BEFORE DIVISION TWO: LISA WHITE HARDWICK, PRESIDING JUDGE, VICTOR C. HOWARD and CYNTHIA L. MARTIN, JUDGES

ORDER

PER CURIAM

Matthew Rounds appeals the denial of his Rule 24.035 motion following his guilty plea to a charge of second degree statutory sodomy. After a thorough review of the briefs and the record, we find no error and affirm the motion court's judgment. A formal published opinion would serve no jurisprudential purpose; however, we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 84.16(b)